# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLANIYAN ADEFUMI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DR. SHARON LIM** | : | No. 15-1101 |

## **O R D E R**

**AND NOW**, this 10th day of May, 2017, **I HEREBY ORDER** that Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 13) is **DENIED**.

**I FURTHER ORDER** that Plaintiff's complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure 10(b) with **LEAVE TO AMEND** the complaint within 30 days of the date of this Order, or by **June 8, 2017**. The Clerk of Court is directed to provide plaintiff with a copy of the appropriate form.

BY THE COURT:

   s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.