# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLANIYAN ADEFUMI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DR. SHARON LIM** | : | No. 15-1101 |

# O R D E R

**AND NOW**, this 6th day of November, 2017, **I HEREBY ORDER** that Plaintiff's motion to file an amended complaint (Doc. No. 34) is **DENIED**.

BY THE COURT:

*/s J. William Ditter, Jr.*
**J. WILLIAM DITTER, JR., J.**