IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLANIYAN ADEFUMI | : | CIVIL ACTION |
| v. | : | |
| DR. SHARON LIM | : | No. 15-1101 |

## **O R D E R**

**AND NOW**, this 23rd day of July, 2018, **I HEREBY ORDER** that the defendant's motion for summary judgment (Doc. No. 60) is **GRANTED**.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.