IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLANIYAN ADEFUMI | : | CIVIL ACTION |
| vs. | : | |
| DR. SHARON LIM | : | NO.: 15-cv-1101 |

## O R D E R

**AND NOW**, this **15**th day of **NOVEMBER, 2018**, it is hereby

**ORDERED** that the Order dated April 1, 2015, reassigning the above-captioned case from the calendar of the Honorable Cynthia M. Rufe to the calendar of the Honorable J. William Ditter, Jr., is **VACATED**, and it is

**FURTHER ORDERED** that the above-captioned case is restored to the calendar of the Honorable Cynthia M. Rufe for all further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court